No. 67689.—Caribe Gloves, Inc., et al. v. United States, protests 58/1585, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon gloves and mittens similar in use to cotton gloves and mittens and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiffs was sustained.